# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN



GROVER SELLERS

ATTORNEY GENERAL

Honorable C. J. Wilde
County Auditor, Nueces County
Corpus Christi, Texas

Dear Sir:

Opinion No. 0-5670
Re: Whether Nueces County can
legally expend any monies
for the construction of a
storm sewer line in connec-
tion with the building of
a city-county hospital, if
the city contemplates con-
necting sewer lines from
other points to the proposed
storm sewer line of the city-
county hospital.

Your letter of March 30, 1944, requesting the opinion
of this department on the question stated therein reads, in part,
as follows:

"The County of Nueces, together with the City
of Corpus Christi made an agreement to construct and
operate a city-county hospital in accordance with the
authority granted under Articles 4478 and 4492, fur-
ther House Bill No. 651 of the 48th Legislature, Re-
gular Session, permits the joint operation and main-
tenance of a city-county hospital.

"Part of the construction costs of the hospital
were the paving of the thoroughfares surrounding the
hospital proper, and the drainage of said hospital
grounds. In order to carry off the drainage water
from said hospital grounds, it becomes necessary to
extend a storm sewer line some 4,700 feet in order to
connect with another sewer line.

"We feel that we are within our legal rights for
the expenditure of money to participate in the con-
struction of the line, should there be no other line
connecting to the said 4,700 foot line. Instead of con-
structing a line which would carry not only the surface
water from the hospital grounds proper but which would

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

also allow for the connection of another line to this particular line, the City of Corpus Christi agrees to take care of any expenditures over and above the necessary costs of the 36" line, replacing a certain number of feet with 42, 48, and 54 inch lines in order to carry a larger volume of water.

"Could Nueces County legally expend any monies for the construction of this line if the City contemplated connecting sewer lines from other points to the said 4,700 foot line? * * *"

We have carefully considered Chapter 5, Title 71, Vernon's Annotated Civil Statutes, House Bill No. 651, Acts of the 48th Legislature, Regular Session, 1943, (Article 4494i, V. A. C. S.) and Article 4418f, Vernon's Annotated Civil Statutes, in connection with your request.

In view of the foregoing statutes, it is our opinion, that the county is legally authorized to spend county funds for the construction of the storm sewer line mentioned in your letter. Provided, of course, such expenditure is authorized by the county budget. The fact that the City of Corpus Christi desires to construct a storm sewer line of larger dimensions than required by the hospital and pay for all and any expenditures over and above the necessary costs of the line required by the hospital in order that they may connect another line with the line to be constructed, in no way impairs the right of the county to pay its proportionate part on the line of the size necessary for the hospital. Stated another way, the cost or expenditure of the county would be the same in either case. Therefore, we respectfully answer the above stated question in the affirmative.

It is to be understood that this opinion applies only to the above stated facts.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Ardell Williams

Ardell Williams
Assistant

AW:EP



APPROVED
OPINION
COMMITTEE
BY [signature]
CHAIRMAN